No. 05–5162. BELGIORNO *v.* WAKEFIELD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5163. BELL *v.* KOLONGO ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5164. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5165. GIBBS *v.* CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–5166. GABRIEL *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 05–5167. IVEY *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 05–5168. FIELDS *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05–5169. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5170. OREYE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5171. DILLARD *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5172. PITT *v.* STANSBERRY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–5173. SHABAZZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5174. MATHIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5176. WALKER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.